JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID EDWARD WILLIS, JR.,<br><br>       Petitioner,<br><br>     v.<br><br>USP VICTORVILLE,<br><br>       Respondent. | Case No. 2:20-cv-4142-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: May 11, 2021

_____
Hon. DAVID O. CARTER
U.S. DISTRICT JUDGE